# NEWSDAY
## AFFIDAVIT OF PUBLICATION

FREEHILL HOGAN & MAHAR LLP
80 PINE STREET #24
ATTN: BARBARA G CARNEVALE
NEW YORK, NY 10005

STATE OF NEW YORK)         Legal Notice No.     0021571215
  :SS.:
COUNTY OF SUFFOLK)

Darryl Murphy of Newsday Media Group., Suffolk County, N.Y., being duly sworn, says that such person is, and at the time of publication of the annexed Notice was a duly authorized custodian of records of Newsday Media Group, the publisher of NEWSDAY, a newspaper published in the County of Suffolk, County of Nassau, County of Queens, and elsewhere in the State of New York and other places, and that the Notice of which the annexed is a true copy, was published in the following editions/counties of said newspaper on the following dates:

| Friday | March 06, 2020 | Nassau, Suffolk and Queens |

**SWORN** to before me this
12 Day of March, 2020.

Jason A. Neknez
Notary Public – State of New York
No. 01NE6219108
Qualified in Suffolk County
My Commission Expires 03/22/2022

**Ad Content**

Legal Notice # 21571215
**NOTICE OF IN REM ARREST AND SEIZURE OF VESSEL, AND REQUIREMENT TO FILE CLAIMS.**
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
In Rem Admiralty and Maritime
Matter 19-cv-06875-LDH-SJB
Garpo Marine Services Inc. v. Island Romance her engines, boiler, appurtenances, tackle, etc. in rem et al.
PLEASE TAKE NOTICE that Deputy United States Marshal, John Ferrante, of the Eastern District of New York, has, on February 26, 2020, arrested the vessel ISLAND ROMANCE (Official Number 551624), her engines, boiler, appurtenances, tackle, etc., in the above admiralty and maritime case for foreclosure on a maritime lien in the amount of $102,413.27 for unpaid necessaries, including maintenance, repairs and storage services and enforcement of Garpo Marine Services' lien, together with further interest, costs and attorneys' fees incurred in connection with the prosecution of this action. Any person who has not been previously served with process and who is entitled to possession or who claims an interest in the vessel ISLAND ROMANCE and her engines, boiler, appurtenances, tackle, etc. must file their claim(s) with the Clerk of the Eastern District of New York within fourteen (14) days after notice or first publication (whichever is earlier) or within such additional time as may be allowed by the Court and must serve their answers within twenty-one (21) days after the filing of their claims; otherwise, default will be noted and condemnation ordered.
Brooklyn, New York
March 2, 2020.
Peter Gutowski
Yaakov Adler
Freehill Hogan & Mahar LLP
80 Pine Street, 25th Floor, New York, NY 10005
212-425-1900
gutowski@freehill.com / adler@freehill.com
Attorneys for Plaintiff Garpo Marine Services Inc.

## NEWSDAY PROOF

| | | | |
|---|---|---|---|
| **Advertiser:** | FREEHILL HOGAN & MAHAR LLP | **Phone:** | 2124251900 |
| **Agency:** | FREEHILL HOGAN & MAHAR LLP | **Contact:** | YAAKOV U. ADLER |
| **Ad Number:** | 0021571215 | **Section:** | Legals |
| **Start Date:** | 03/06/2020 | **Class:** | 11100 |
| **End Date:** | 03/06/2020 | **Size:** | 2 x 40   **Times:** 1 |
| **Price:** | $729.00 | **Date:** | 3/12/2020 |
| **Ordered By:** | Legaladv@newsday.com | **Zone(s):** | FR-Full Run |

**Signature of Approval:** _____   **Date:** _____